IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 16 A 9:40

Michael DeGregory Norton #219800 )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 1:05CV882-T
Rickey Stokes )   (To be supplied by Clerk of
 )   U.S. District Court)
_____ )
 )
_____ )
 )   **DEMAND FOR JURY TRIAL**
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ N/A _____

            Defendant(s) _____ N/A _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____ N/A _____

3.  Docket number _____N/A_____

4.  Name of judge to whom case was assigned _____N/A_____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6.  Approximate date of filing lawsuit _____N/A_____

7.  Approximate date of disposition _____N/A_____

II. PLACE OF PRESENT CONFINEMENT _____Kilby Correctional Facility_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____Scotty trailer Park Abbeville, AL. 36310_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Rickey Stokes  { A-Advantage Bonding Co.
2. _____  Dothan, AL 36303 }
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____Jan 17, 2005_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendant Rickey Stokes violated Plaintiff's 8th and 14th Amendment constitutional Rights to the united States Constitution By Recklessly Discharging his firearm in a residential area And Maliciously Grazed Plaintiff in right leg. And Right Side

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On January 17 Ricky Stokes and Pratner Stopped and Sized Plainiff at Scotty's trailer park and Begain to Search plainiff after determing Plainiff's clean of fire arm Plainiff Begain to flee in which time Stokes Gave Chase and Begain Maliciously and Recklessly firing his Side Arm. this Action is poor leadership and lack of Concern for others

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plainiff seek Jury trial to Rule 38 of the federal Rule Civil Procedure And for Plaintiff loss of his 8th, 14th amendment and wrongful injury on punitive and malicious basis by defendant Stokes. Plaintiff seeks Two million dollars, and any other Relief this court deem just Proper and fair.

*Signature of plaintiff(s)*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8/09/05
(Date)

*Signature of plaintiff(s)*

4